1    I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed
2 every part of this stipulation and the continuance of the trial date
3 with my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

8    /s/ *signature*                               08-07-2024
9 MICHAEL S. CHERNIS                              Date
   Attorney for Defendant
10 JOSE ANTONIO PARDO

11
       I have read this stipulation and have carefully discussed it
12 with my attorney. I understand my Speedy Trial rights.  I voluntarily
13 agree to the continuance of the trial date, and give up my right to
14 be brought to trial earlier than October 21, 2025.  I understand that
15 I will be ordered to appear in Courtroom 8C of the Federal
16 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17 2025 at 8:30 a.m.
18
   /s/ Jose pardo (Aug 7, 2024 22:39 PDT)          08/07/2024
19 ─────────────────────────────               ─────────────────
   JOSE ANTONIO PARDO                              Date
20 Defendant

21
                    **CERTIFICATION OF INTERPRETER**
22
       I, _____, am fluent in the written and spoken
23 English and Spanish languages.  I accurately translated this entire
24 agreement from English into Spanish to defendant JOSE ANTONIO PARDO
25 on this date.
26
27 ─────────────────────────────               ─────────────────
   INTERPRETER                                     Date
28

                                  22