E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>EDGAR JOEL MARTINEZ-REYES ET AL.,<br><br>       Defendants. | No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:**   **11/5/24; 3/25/2025**<br>**PROPOSED TRIAL DATE:**   **5/19/2025** |
| --- | --- |

    Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney Julie J. Shemitz, and
defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both
individually and by and through his counsel of record, Zaura
Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through
his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,
both individually and by and through his counsel of record, Victor

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

individually and by and through his counsel of record, Louis J.

Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

and through his counsel of record, John Targowski; LUIS BELANDRIA-

CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

individually and by and through his counsel of record, Michael D.

Walsh; JIAYUNG YU, both individually, and by and through his counsel

of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

and through his counsel of record, Edward M. Robinson; XUANYI MU

("MU"), both individually and by and through his counsel of record,

Donald M. Matson; SHOU YANG, individually, and by and through his

counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

individually, and by and through his counsel of record,      OSCAR

EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

ROBLES"), both individually and by and through his counsel of record,

Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

individually, and by and through his counsel of record, Peter

Johnson; JOSE ANTONIO PARDO, individually, and by and through his

counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

and by and through his counsel of record, Kevin Gres, hereby

stipulate as follows:

1    1.    On April 4, 2024, a grand jury for the Central District of
2  California returned first superseding indictment as to both United
3  States v. Zhang, et al. and United States v. Martinez-Reyes, et al.
4  Initial appearance and arraignment for defendant CHENGWU HE has been
5  set for August 22, 2024.

6    2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the
7  trial commence on or before August 20, 2024.

8    3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL
9  GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this
10 district.

11   4.    All defendants who have appeared in this district have been
12 released on bond pending trial.

13   5.    The parties estimate that the trial in this matter will
14 last approximately three weeks.  All defendants are joined for trial
15 and a severance has not been granted.

16   6.    By this stipulation, the parties move to continue the trial
17 date to and the status conference to October 21, 2025 and the status
18 conference to October 8, 2025.

19   7.    Defendants request the continuance based upon the following
20 facts, which the parties believe demonstrate good cause to support
21 the appropriate findings under the Speedy Trial Act:

22       a.    Counsel for defendants represent that they have
23 various prior obligations and trial conflicts as set out in Exhibit A
24 hereto. Counsel for defendants also represent that additional time is
25 necessary to confer with their defendants, conduct and complete an
26 independent investigation of the case, conduct and complete
27 additional legal research including for potential pre-trial motions,
28

3

1    review the discovery and potential evidence in the case, and prepare

2    for trial in the event that a pretrial resolution does not occur.

3    Defense counsel represent that failure to grant the continuance would

4    deny them reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6         b.    Defendants believe that failure to grant the

7    continuance will deny them continuity of counsel and adequate

8    representation.

9         c.    The government does not object to the continuance.

10        d.    The requested continuance is not based on congestion

11   of the Court's calendar, lack of diligent preparation on the part of

12   the attorney for the government or the defense, or failure on the

13   part of the attorney for the Government to obtain available

14   witnesses.

15   8.    For purposes of computing the date under the Speedy Trial

16   Act by which defendants' trial must commence, the parties agree that

17   the time period of January 2, 2024 to October 21, 2025, inclusive,

18   should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19   (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20   continuance granted by the Court at defendants' request, without

21   government objection, on the basis of the Court's finding that:

22   (i) the ends of justice served by the continuance outweigh the best

23   interest of the public and defendant in a speedy trial; (ii) failure

24   to grant the continuance would be likely to make a continuation of

25   the proceeding impossible, or result in a miscarriage of justice; and

26   (iii) failure to grant the continuance would unreasonably deny

27   defendant continuity of counsel and would deny defense counsel the

28

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024              Respectfully submitted,
10
                                      E. MARTIN ESTRADA
11                                    United States Attorney

12                                    MACK E. JENKINS
                                      Assistant United States Attorney
13                                    Chief, Criminal Division

14
                                      _____/s/_____
15                                    JULIE J. SHEMITZ
                                      Assistant United States Attorney
16
                                      Attorneys for Plaintiff
17                                    UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.

27  _____          _____
    ZAIRA VILLAGOMEZ                          Date
28

5

Attorney for Defendant
EDGAR MARTINEZ-REYES

     I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES                        Date
Defendant

                     **CERTIFICATION OF INTERPRETER**

     I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER                                 Date

6

1      I am SAI ZHANG's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client.  I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____      Date
    RUEVEN L. COHEN

9  YOUNGBIN SON
    Attorneys for Defendant

10  SAI ZHANG

11

12

13      This agreement has been read to me in Mandarin, the language I

understand best, and I have carefully discussed every part of it with

14  my attorney.  I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date and give up my right to be

16  brought to trial earlier than October 21, 2025.  I understand that I

17  will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

18  90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

19

20  _____      Date
    SAI ZHANG

21  Defendant

22                    **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

English and Mandarin languages.  I accurately translated this entire

24  agreement from English into Mandarin to defendant SAI ZHANG on this

25  date.

26

27  _____      Date
    INTERPRETER

28

1

2       I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____      _____

    ROBERT M. HELFEND                        Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____      _____

    BERNARDO MAUBERIS                        Date
21  Defendant

22

23  **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

```
INTERPRETER                              Date
```

I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
LOUIS J. SHAPIRO                         Date
Attorney for Defendant
PANYU ZHAO
```

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

```
PANYU ZHAO                               Date
Defendant
```

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

1

INTERPRETER                                              Date

2

3          I am RAUL CONTRERAS's attorney.  I have carefully discussed

4    every part of this stipulation and the continuance of the trial date

5    with my client. I have fully informed my client of his Speedy Trial

6    rights.  To my knowledge, my client understands those rights and

7    agrees to waive them.  I believe that my client's decision to give up

8    the right to be brought to trial earlier than October 21, 2025, is an

9    informed and voluntary one.

10   CHARLES C. BROWN                                      Date
     Attorney for Defendant
11   RAUL CONTRERAS

12

13

14         I have read this stipulation and have carefully discussed it

15   with my attorney. I understand my Speedy Trial rights.  I voluntarily

16   agree to the continuance of the trial date, and give up my right to

17   be brought to trial earlier than October 21, 2025.  I understand that

18   I will be ordered to appear in Courtroom 8C of the Federal

19   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20   2025 at 8:30 a.m.

21   RAUL CONTRERAS                                        Date
     Defendant
22

23

24                      **CERTIFICATION OF INTERPRETER**

25         I, _____, am fluent in the written and spoken

26   English and Spanish languages. I accurately translated this entire

27   agreement from English into Spanish to defendant RAUL CONTRERAS on

28   this date.

                                     10

INTERPRETER                                                   Date

    I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI                                               Date
Attorney for Defendant
GUILLERMO ZAMBRANO


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO                                           Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____        Date _____

    I am HANG SU's attorney.  I have carefully discussed every part
of this stipulation and the continuance of the trial date with my
client. I have fully informed my client of his Speedy Trial rights.
To my knowledge, my client understands those rights and agrees to
waive them.  I believe that my client's decision to give up the right
to be brought to trial earlier than October 21, 2025 is an informed
and voluntary one.

MICHAEL D. WALSH _____        Date _____
Attorney for Defendant
HANG SU

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

HANG SU _____        Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire
agreement from English into Mandarin to defendant HANG SU on this
date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____

   MATTHEW J. LOMBARD                        Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____

   OSCAR EDUARDO MAYORGA                      Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____

   INTERPRETER                               Date
28

1    I, _____, am fluent in the written and spoken

2   English and Mandarin languages.  I accurately translated this entire

3   agreement from English into Mandarin to defendant SHOU YANG on this

4   date.

5   _____        _____

6   INTERPRETER                            Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____        _____
INTERPRETER                        Date


    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
SHOU YANG                          Date
Attorney for Defendant
ROBERT C. HSU


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
SHOU YANG                          Date
Defendant


### CERTIFICATION OF INTERPRETER

INTERPRETER _____          Date _____

I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____          Date _____
Attorney for Defendant
XUANYI MU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____          Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

```
INTERPRETER                              Date
```

I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

```
EDWARD M. ROBINSON                       Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE
```

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

```
XIAOLEI YE                               Date
Defendant
```

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____    Date _____

    I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

1    I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
    EDVIN S. FLORES                       Date
9  Attorney for Defendant
    VICTOR RODRIGUEZ-TRUJILLO
10

11   I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____          _____
    VICTOR RODRIGUEZ-TRUJILLO             Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26  TRUJILLO on this date.

27  _____          _____
    INTERPRETER                           Date
28

                                  19

I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
ROBERT BERNSTEIN                   Date
Attorney for Defendant
VIDAL LICON-ROBLES


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
VIDAL LICON-ROBLES                 Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VIDAL LICON-ROBLES on this date.

_____          _____
INTERPRETER                        Date

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____
   ANTHONY M. SOLIS                           Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11    I have read this stipulation and have carefully discussed it

12  with my attorney. I understand my Speedy Trial rights.  I voluntarily

13  agree to the continuance of the trial date, and give up my right to

14  be brought to trial earlier than October 21, 2025.  I understand that

15  I will be ordered to appear in Courtroom 8C of the Federal

16  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

17  2025 at 8:30 a.m.

18

19  _____          _____
    LEOPOLDO BERNAL                            Date
20  Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____          _____
    INTERPRETER                                Date
28

I am JULIO ALEXANDER CABRERA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
PETER JOHNSON                                              Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
JULIO ALEXANDER CABRERA                               Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant JULIO ALEXANDER CABRERA on this date.

_____        _____
INTERPRETER                                                 Date

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                          Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                          Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____          _____
INTERPRETER                                 Date

1

2    I am JIANDE ZHOU's attorney. I have carefully discussed every

3    part of this stipulation and the continuance of the trial date with

4    my client. I have fully informed my client of his Speedy Trial

5    rights. To my knowledge, my client understands those rights and

6    agrees to waive them. I believe that my client's decision to give up

7    the right to be brought to trial earlier than October 21, 2025 is an

8    informed and voluntary one.

9    _____          ____8/9/24_____
     JIANDE ZHOU                               Date
10   Attorney for Defendant
     KEVIN D. GRES
11

12
     I have read this stipulation and have carefully discussed it
13
     with my attorney. I understand my Speedy Trial rights. I voluntarily
14
     agree to the continuance of the trial date, and give up my right to
15
     be brought to trial earlier than October 21, 2025. I understand that
16
     I will be ordered to appear in Courtroom 8C of the Federal
17
     Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18
     2025 at 8:30 a.m.
19
     _____          ___8/9/2024_____
20   JIANDE ZHOU                               Date
     Defendant
21

22

23                    **CERTIFICATION OF INTERPRETER**

24   I, __Yanyan Liu__, am fluent in the written and spoken

25   English and Mandarin languages. I accurately translated this entire

26   agreement from English into Mandarin to defendant JIANDE ZHOUon this

27   date.

28

_____          08/09/2024
INTERPRETER                              Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25