```
1  _____    _____
   INTERPRETER                        Date
2
3
4     I am XUANYI MU's attorney. I have carefully discussed every
5  part of this stipulation and the continuance of the trial date with
6  my client. I have fully informed my client of his Speedy Trial
7  rights. To my knowledge, my client understands those rights and
8  agrees to waive them. I believe that my client's decision to give up
9  the right to be brought to trial earlier than October 21, 2025 is an
10 informed and voluntary one.
11 _____    8/8/2024
   DONALD J. MATSON                   Date
12 Attorney for Defendant
   XUANYI MU
13
14    I have read this stipulation and have carefully discussed it
15 with my attorney. I understand my Speedy Trial rights. I voluntarily
16 agree to the continuance of the trial date, and give up my right to
17 be brought to trial earlier than October 21, 2025. I understand that
18 I will be ordered to appear in Courtroom 8C of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20 2025 at 8:30 a.m.
21 _____    08/08/2024
   XUANYI MU                          Date
22 Defendant
23
24              CERTIFICATION OF INTERPRETER
25    I, __Ivan Lam__, am fluent in the written and spoken
26 English and Mandarin languages. I accurately translated this entire
27
28
                            15
```

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____    8/8/2024
INTERPRETER                  Date

I am SHOU YANG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    _____
SHOU YANG                    Date
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    _____
SHOU YANG                    Date
Defendant

**CERTIFICATION OF INTERPRETER**

16